&JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** USPIS

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  20-MJ-1180-DLC; see below*
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10237-PGL    [✓] Yes  [ ] No

**Defendant Information:**

**Defendant Name**  JDM Supply LLC          Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar:  [ ] Yes  [✓] No

**Alias Name:** _____

**Address:**  Miami, Florida

**Birth date (Yr only):** ___  **SSN (last 4#):** ___  **Sex:** ___  **Race:** ___  **Nationality:** ___

**Defense Counsel if known:**  Eric Rosen, Esq.      **Address:** 225 Franklin Street, 26th Floor
                                                                Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:**  William B. Brady and Howard A. Locker      **Bar Number if applicable:** _____

**Interpreter:**  [ ] Yes  [✓] No      **List language and/or dialect:** _____

**Victims:**  [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [✓] No

**Matter to be SEALED:**  [ ] Yes  [✓] No

[ ] Warrant Requested     [✓] Regular Process     [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   [ ] Complaint   [✓] Information   [ ] Indictment

**Total # of Counts:**   [ ] Petty ___   [ ] Misdemeanor ___   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/2/2024         Signature of AUSA: *(signed)*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JDM Supply LLC

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy to Introduce Misbranded Devices into Interstate Commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

*Additional search warrant case numbers: 20-MJ-1214-DLC; 20-MJ-1217-DLC; 20-MJ-1220-DLC; 20-MJ-1431-DLC; 21-MJ-1026-DLC.

∿JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** USPIS

**City** Boston

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
**County** Suffolk   Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  20-MJ-1180-DLC; see below*
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  23-cr-10237-PGL   ☑ Yes  ☐ No

Defendant Name  Daniel Motha   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  Miami, Florida

Birth date (Yr only): 1983   SSN (last 4#): 3635   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known:  Eric Rosen, Esq.   Address: 225 Franklin Street, 26th Floor
Bar Number: _____                          Boston, MA 02110

**U.S. Attorney Information**

AUSA:  William B. Brady and Howard A. Locker   Bar Number if applicable: _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

Location Status: _____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

Charging Document:  ☐ Complaint   ☑ Information   ☐ Indictment
Total # of Counts:   ☐ Petty ___   ☑ Misdemeanor 2   ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/2/2024   Signature of AUSA: *(signed)*

JS 45 (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Daniel Motha _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 331, 333(a)(1) | Introduction of Misbranded Devices into Interstate Commerce | 2 |
| Set 2 | 18 U.S.C. 371 | Conspiracy to Commit Price Gouging | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

*Additional search warrant case numbers: 20-MJ-1214-DLC; 20-MJ-1217-DLC; 20-MJ-1220-DLC; 20-MJ-1431-DLC; 21-MJ-1026-DLC.

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** III  **Investigating Agency** USPIS

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  20-MJ-1180-DLC; see below*
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-cr-10237-PGL    ☑ Yes  ☐ No

Defendant Name  Jeffrey Motha    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Norfolk, Massachusetts

Birth date (Yr only): 1988  SSN (last 4#): 4742  Sex: M  Race: _____  Nationality: _____

Defense Counsel if known: David Lazarus, Esq.    Address: One Federal Street, 20th Floor
Bar Number: _____                                  Boston, MA 02110

**U.S. Attorney Information**

AUSA:  William B. Brady and Howard A. Locker    Bar Number if applicable: _____

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☑ Misdemeanor  2  ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/2/2024    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jeffrey Motha

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 331, 333(a)(1) | Introduction of Misbranded Devices into Interstate Commerce | 2 |
| Set 2 | 18 U.S.C. 371 | Conspiracy to Commit Price Gouging | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

*Additional search warrant case numbers: 20-MJ-1214-DLC; 20-MJ-1217-DLC; 20-MJ-1220-DLC; 20-MJ-1431-DLC; 21-MJ-1026-DLC.